Certificate Number: 15111-WIE-DE-026702579

Bankruptcy Case Number: 13-33884


15111-WIE-DE-026702579

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2015, at 4:48 o'clock PM EST, Timothy Patrick Sidders completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: December 21, 2015

By: /s/Stephanie Sandison for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education