UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:     Chapter 13 Bankruptcy Case
TIMOTHY P. SIDDERS

Case No. 13-33884- SVK

Soc. Sec. No. xxx-xx-4341

## CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETION OF PLAN

The Trustee's Office has verified that the debtor(s) in the above referenced bankruptcy case have made all plan payments and have complied with all requirements as stated in the Order Confirming the Chapter 13 Plan.

__X__ TIMOTHY P. SIDDERS has provided the certifications contained in form B283 regarding 11 U.S. C. Sections 1328(a) and 1328(h) or the certifications have been waived by Order of the Court.

_____ TIMOTHY P. SIDDERS is eligible for a discharge under 11 U.S.C § 1328 (f).

The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been accounted for and no outstanding payments remain. The case will remain open pending receipt of the Trustee's Final Report and Account.

Dated at Milwaukee, Wisconsin, on April 26, 2016

         Office of Mary B. Grossman
         Chapter 13 Standing Trustee
         P.O. Box 510920
         Milwaukee, WI 53203
         (414) 271-3943

cc: TIMOTHY P. SIDDERS

